```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                          DISTRICT OF NEBRASKA

BUNZL PROCESSOR DISTRIBUTION, )
LLC,                          )
                              )
             Plaintiff,       )           8:12CV54
                              )
        v.                    )
                              )
BETTCHER INDUSTRIES, INC.,    )           ORDER
and EXACT MANUFACTURING &     )
MACHINE, INC.,                )
                              )
             Defendants       )
_____)
```

This matter is before the Court on defendant Bettcher's motion for leave to file exhibits as restricted access documents (Filing No. 26). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Filing No. 28 shall remain a restricted document pending further order of the Court.

DATED this 2nd day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court