IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BUNZL PROCESSOR DISTRIBUTION, )
LLC,                          )
                              )
               Plaintiff,     )          8:12CV54
                              )
         v.                   )
                              )
BETTCHER INDUSTRIES, INC.,    )          ORDER
and EXACT MANUFACTURING &     )
MACHINE, INC.,                )
                              )
               Defendants     )
_____)
```

  This matter is before the Court on the consent motion for an extension for plaintiff to file its opposition to defendant Bettcher's motion to dismiss, transfer venue or stay plaintiff's complaint, and for the parties to have an extension to submit their planning conference report (Filing No. 31).  The Court finds the motion should be granted.  Accordingly,

  IT IS ORDERED that the motion is granted; plaintiff shall have until June 8, 2012, within which to file an opposition to the motion to dismiss, and the parties shall have until June 8, 2012, to submit their planning conference report.

  DATED this 13th day of April, 2012.

        BY THE COURT:

        /s/ Lyle E. Strom
        _____
        LYLE E. STROM, Senior Judge
        United States District Court