IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BUNZL PROCESSOR DISTRIBUTION, LLC, | ) ) ) | |
| Plaintiff, | ) ) | 8:12CV54 |
| v. | ) ) | |
| BETTCHER INDUSTRIES, INC., and EXACT MANUFACTURING & MACHINE, INC., | ) ) ) ) | ORDER |
| Defendants | ) ) | |

This matter is before the Court on the consent motion
for an extension for plaintiff to file its opposition to
defendant Bettcher's motion to dismiss, transfer venue or stay
plaintiff's complaint, and for the parties to have an extension
to submit their planning conference report (Filing No. 33).  The
Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; plaintiff
shall have until June 29, 2012, within which to file an
opposition to the motion to dismiss, and the parties shall have
until June 29, 2012, to submit their planning conference report.

DATED this 8th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court