IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BUNZL PROCESSOR DISTRIBUTION,  )
LLC,                           )
                               )
            Plaintiff,         )     8:12CV54
                               )
      v.                       )
                               )
BETTCHER INDUSTRIES, INC.,     )     ORDER
and EXACT MANUFACTURING &      )
MACHINE, INC.,                 )
                               )
            Defendants         )
_____)
```

This matter is before the Court on the joint motion to dismiss (Filing No. 35).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1)  Claims I, II and IV of the complaint are dismissed with prejudice as between Bunzl and Exact Manufacturing & Machine, Inc.

2) Claim III of the complaint is dismissed without prejudice as between Bunzl and Exact Manufacturing & Machine, Inc.

3) Bettcher Industries, Inc.'s counterclaims and cross-claims against Bunzel and Exact are dismissed with prejudice.

4) Each party shall bear its own attorneys' fees and costs.

DATED this 5th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court