IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BUNZL PROCESSOR DISTRIBUTION, LLC, ) ) | | |
| Plaintiff, ) ) | 8:12CV54 | |
| v. ) ) | | |
| BETTCHER INDUSTRIES, INC., ) and EXACT MANUFACTURING & ) MACHINE, INC., ) ) | ORDER | |
| Defendants ) | | |

This matter is before the Court on the joint motion to dismiss (Filing No. 35). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Claims I, II and IV of the complaint are dismissed with prejudice as between Bunzl and Exact Manufacturing & Machine, Inc.

2) Claim III of the complaint is dismissed without prejudice as between Bunzl and Exact Manufacturing & Machine, Inc.

3) Bettcher Industries, Inc.'s counterclaims and cross-claims against Bunzel and Exact are dismissed with prejudice.

4) Each party shall bear its own attorneys' fees and costs.

DATED this 5th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court