```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

BUNZL PROCESSOR DISTRIBUTION,  )
LLC,                           )
                               )
              Plaintiff,       )         8:12CV54
                               )
         v.                    )
                               )
BETTCHER INDUSTRIES, INC.,     )       ORDER NUNC PRO TUNC
and EXACT MANUFACTURING &      )
MACHINE, INC.,                 )
                               )
              Defendants       )
_____)
```

This matter is before the Court on the joint motion to dismiss (Filing No. 35). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Claims I, II and IV of the complaint are dismissed with prejudice.

2) Claim III of the complaint is dismissed without prejudice.

3) Bettcher Industries, Inc.'s counterclaims and cross-claims against Bunzl and Exact are dismissed with prejudice.

4) Each party shall bear its own attorneys' fees and costs.

DATED this 6th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court