IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BUNZL PROCESSOR DISTRIBUTION, LLC, | ) ) ) | |
| Plaintiff, | ) ) | 8:12CV54 |
| v. | ) ) | |
| BETTCHER INDUSTRIES, INC., and EXACT MANUFACTURING & MACHINE, INC., | ) ) ) ) | ORDER NUNC PRO TUNC |
| Defendants | ) ) | |

　　　　This matter is before the Court on the joint motion to dismiss (Filing No. 35).  The Court finds the motion should be granted.  Accordingly,

　　　　IT IS ORDERED:

　　　　1)  Claims I, II and IV of the complaint are dismissed with prejudice.

　　　　2) Claim III of the complaint is dismissed without prejudice.

　　　　3) Bettcher Industries, Inc.'s counterclaims and cross-claims against Bunzl and Exact are dismissed with prejudice.

　　　　4) Each party shall bear its own attorneys' fees and costs.

　　　　DATED this 6th day of July, 2012.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　　　　United States District Court